# Exhibit A

**PERSONAL AND CONFIDENTIAL**
PO Box 10354
Des Moines, IA 50306-0354

08596

ACCOUNT NUMBER: XXXXXXXXXX11005
NCI ID: ▮▮▮▮▮
ACCOUNT BALANCE: $1,360.94
AMOUNT ENCLOSED:

023/A37/916/01/22/2018/IL/1.0/20180115

o Change of address: Print New Address on Back

**REMIT TO:**

NATIONWIDE CREDIT, INC.
PO Box 14581
Des Moines IA 50306-3581

70412-23A
Rashad Walston
PO BOX 439331
Chicago IL 60643-9331

01 17355121595 1

*** Please See Reverse Side of This Letter for Important Consumer Information ***
Please Detach and Return this Stub in the Enclosed Envelope with your Check or Money Order - Make Sure the "Remit to" Address appears in the Window

---



**Nationwide Credit, Inc.**
PO Box 14581
Des Moines, IA 50306-3581
Monday - Friday 8 AM to 6 PM ET  1-800-366-4291

NCI ID: ▮▮▮▮▮
Current Creditor: AMERICAN EXPRESS
Account Number: XXXXXXXXXX11005
Account Balance: $1,360.94
Date: 01/22/2018

**Opportunity to Regain Card Membership**
**Call for Details**

Dear RASHAD WALSTON,

American Express® has authorized us to make you a special offer. American Express values your previous relationship and would like to offer you the opportunity to regain Card Membership. You have been selected to receive an Optima Card application if you pay your balance in full on the American Express® account referenced above.

After you pay your balance in full, American Express will send you an application for the new Optima Card. Your application will be approved by American Express unless:

- You have an active bankruptcy at the time of your application.

- You have accepted another offer for an Optima Card account from a different agency or from American Express.

- You have an active American Express account.

- American Express determines that you do not have the financial capacity to make the minimum payment on this new Optima Card account.

If you'd like to know more about this offer, please call us at 1-800-366-4291. We are available to assist you Monday - Friday 8 AM to 6 PM ET.

Act now and call us today to make payment arrangements on your account.

Sincerely,
Nationwide Credit, Inc.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

See Reverse for important information

A37
112217

**NOTE CHANGES ONLY**

FIRST NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  MI ☐

LAST NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

ADDRESS ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

CITY ☐☐☐☐☐☐☐☐☐☐☐☐☐☐  HOME PHONE ☐☐☐ ☐☐☐ ☐☐☐☐

STATE ☐☐  ZIP ☐☐☐☐☐-☐☐☐☐  WORK PHONE ☐☐☐ ☐☐☐ ☐☐☐☐

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

American Express Pricing and Terms
Annual fee: $49

APR for purchases: Prime Rate + 14.99%. This APR varies with the market based on the Prime Rate.
Penalty APR: Prime Rate + 25.99%. This APR varies with the market based on the Prime Rate but will not exceed 29.99%. This APR will apply to your account if you make one or more late payments or make a payment that is returned unpaid. American Express may also consider your creditworthiness when applying the Penalty APR to your account.

The funds must clear your bank prior to an application being mailed. This offer is no longer valid if one or more accounts are sent to a collections agency after the date of this letter.

American Express may change the terms of, or add new terms to, the Cardmember Agreement at any time, subject to applicable law. American Express may apply any changed or new terms to any existing and future balances on your Account, subject to applicable law. This account is not eligible for Cash Advances or Balance Transfers. This account is not eligible for upgrading or transferring to a different American Express Card.

00017192